

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-46,001-02

### EX PARTE JEFFREY WAYNE HARPER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. F14743-A IN THE 276th DISTRICT COURT FROM MARION COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance in a correctional facility and sentenced to seventy-five years' imprisonment. The Sixth Court of Appeals affirmed his conviction. *Harper v. State*, No. 06-17-00036-CR (Tex. App.—Texarkana Sept. 18, 2017) (not designated for publication).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of

his right to petition *pro se* for discretionary review. We remanded this application to the trial court for findings of fact and conclusions of law.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit and a review of the docket sheet of the Sixth Court of Appeals, the trial court has entered findings of fact and conclusions of law that appellate counsel failed to timely notify Applicant that his conviction had been affirmed and failed to advise him of his right to petition for discretionary review *pro se*. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997).

We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Sixth Court of Appeals in Cause No. that affirmed his conviction in Cause No. F14743 from the 276th District Court of Marion County. Applicant shall file his petition for discretionary review with this Court within 30 days of the date on which this Court's mandate issues.

Delivered: September 19, 2018
Do not publish